| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)

Herndon, David R | 2. Court or Organization

Southern District of Illinois | 3. Date of Report

04/23/2007 |
|---|---|---|
| 4. Title (Article III judge indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge - Active | 5a. Report Type (check appropriate type)

☐ Nomination, Date
☐ Initial  ☒ Annual  ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Addres

United States Courthouse
750 Missouri Ave
East St. Louis, Illinois | 8. On the basis of the information contained in this Report and any modification pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1, #2, #3, #4, #5 and #6 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

COPY

RECEIVED 2007 MAY 14 A 9: 21 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | merican Councils for International Education (Washington DC) | AirFare ▮▮▮ and 2 nights Lodging ▮▮▮ for seminar for Ukrainian Judge regarding American Legal System |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Edwardsville Premium checking account | A | Interest | J | T | | | | | |
| 2. Community Educ FCU 2 cash account | A | Interest | J | T | | | | | |
| 3. Bank of America regular checking account | | None | J | T | | | | | |
| 4. Bank of America regular checking account | | None | J | T | | | | | |
| 5. IRA Account Bear Stearns Brokerage IRA account | D | Dividend | M | T | | | | | assets listed below |
| 6. - (IRA) Alcoa Inc | | | | | | | | | |
| 7. - (IRA) Alltel Corp | | | | | buy | 04/03 | J | | |
| 8. - (IRA) Altria Group Inc | | | | | partial sell | 01/09 | J | A | |
| 9. - (IRA) Albertsons Inc | | | | | sell | 01/27 | J | A | |
| 10. - (IRA) Bellsouth Corp | | | | | sell | 04/03 | J | A | |
| 11. - (IRA) Black Hills Corp | | | | | | | | | |
| 12. - (IRA) Briggs & Stratton Corp | | | | | buy | 04/03 | J | | |
| 13. - (IRA) Exelon Corp | | | | | | | | | |
| 14. - (IRA) Entergy Corp New | | | | | | | | | |
| 15. - (IRA) FPL Group Inc | | | | | | | | | |
| 16. - (IRA) General Electric | | | | | | | | | |
| 17. - (IRA) Genuine Parts Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - (IRA) Fractional Kinder Morgan Mgmt | | | | | spin off | 02/17 | J | | dividend pd fractional shs |
| 19. - (IRA) Fractional Kinder Morgan Mgmt | | | | | spin off | 05/18 | J | | dividend of fractional shares |
| 20. - (IRA) Fractional Kinder Morgan Mgmt | | | | | spin off | 08/28 | J | | no $ value until fraction =1 sh |
| 21. - (IRA) Fractional Kinder Morgan Mgmt | | | | | spinoff | 10/29 | J | | dividend paid in fractional shs |
| 22. - (IRA) Kinder Morgan Mgmt | | | | | | | | | |
| 23. - (IRA) Kinder Morgan Inc Kans | | | | | | | | | |
| 24. - (IRA) Kimberly Clark Corp | | | | | | | | | |
| 25. - (IRA) Leggett & Platt Inc | | | | | buy | 01/27 | J | | |
| 26. - (IRA) Lubrizol Corp | | | | | | | | | |
| 27. - (IRA) New York Community Bancorp Inc | | | | | | | | | |
| 28. - (IRA) North Fork Bancorporation Inc | | | | | sell | 04/03 | J | A | |
| 29. - (IRA) Old Republic Internatl Corp | | | | | buy | 05/26 | J | | |
| 30. - (IRA) PPL Corporation | | | | | | | | | |
| 31. - (IRA) Pitney Bowes Inc | | | | | | | | | |
| 32. - (IRA) Regions Financial Corp | | | | | sell | 05/26 | J | | |
| 33. - (IRA) Smucker J M Company | | | | | | | | | |
| 34. - (IRA) Southwest Gas Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - (IRA) Suntrust Banks Inc | | | | | | | | | |
| 36. - (IRA) Susquehanna Bancshares Inc-PA | | | | | | | | | |
| 37. - (IRA) Waste Management Inc Del | | | | | | | | | |
| 38. - (IRA) Washington Mutual Inc | | | | | | | | | |
| 39. - (IRA) Windstream Corp | | | | | spin-off | 07/18 | J | | Spin Off from Alltel |
| 40. - (IRA) Windstream Corp | | | | | sell | 07/19 | J | B | |
| 41. - (IRA) XL Capital LTD-Cl A | | | | | | | | | |
| 42. - (IRA) Dreyfus General Money Market Account | | | | | | | | | |
| 43. Bear Stearns Brokerage Account | | | | | | | | | assets listed below |
| 44. - Dreyfus General Money Market Fund (B) | A | Interest | J | T | partial sell | 11/21 | J | | |
| 45. - Cohen & Steers Total Return Realty FD | A | Dividend | | | sell | 01/27 | J | B | |
| 46. - Salomon Brothers 2008 Worldwide Fd | A | Dividend | | | name change | 10/09 | | | name changed to Western As |
| 47. - Western Asset 2008 Worldwide Fd | | | | | name change | 10/09 | | | new name fka Salomon Bros |
| 48. - Western Asset 2008 Worldwide Fd | A | Dividend | | | sell | 11/16 | J | | |
| 49. TRUST #1 Bear Stearns Brokerage Account | G | div & int | P1 | T | | | | | trust assets listed below |
| 50. - Dreyfus General Money Market Fund | | | | | | | | | |
| 51. - Chicago IL Motor Fuel Tax Rev Rfdg | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Clear Lake City Tex Wtr Auth GO Rfdg mun bond | | | | | | | | | |
| 53. - Austin Tex G/O Pub IMPT 8/15/01 5% | | | | | buy | 04/19 | N | | |
| 54. - Deschutes Cnty Ore Sch Dist | | | | | | | | | |
| 55. - Eagle Garfield & Routt CNTYS colo sch dist | | | | | | | | | |
| 56. - Eagle Garfield & Routt Cntys Colo Sch Dist | | | | | | | | | |
| 57. - FL St Div Bd Fin Dept Rev Genl Svcs Rev Env Protn mun | | | | | | | | | |
| 58. - Fort Bend TEX Indpt Sch Dist 02/15/2006 mun bond | | | | | redeemed | 02/15 | M | | |
| 59. - Hawaii State GO Rfdg Ser Co 03/01/2008 | | | | | | | | | |
| 60. - Norfolk VA G/O RFDG & Cap Impt dtd 6/15/98 5% | | | | | | | | | |
| 61. - IL Dev Fin Auth Pollution Rev Rfdg Comwlth EdBEO mun | | | | | redeemed | 12/01 | L | | |
| 62. - Lewis Cnty Wash Pub Util Dist | | | | | | | | | |
| 63. - Long Island Pwr Auth | | | | | | | | | |
| 64. - MO St Health & Edl Facs Rev Rfdg StLU BEO Oid mun bond | | | | | redeemed | 10/02 | L | | |
| 65. - Puerto Rico Muni Fin Agy Rev Fa Ser 99A BEO mun bond | | | | | | | | | |
| 66. - Puerto Rico Mun Fin Agy GO Ser A 8/01/2011 | | | | | | | | | |
| 67. - Wayne Charter Cnty Mich Airport Rev Detroit Metro BEO mun | | | | | | | | | |
| 68. - Gulf Breeze Fla Rev Var Loc GO 12/01/85 | | | | | buy | 05/08 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|     4% | | | | | | | | | |
| 69.  - Atlas Pipeline Partners | | | | | buy | 05/03 | K | | |
| 70.  - Accenture Ltd Cl A | | | | | buy | 02/09 | K | | |
| 71.  - Accenture Ltd Cl A | | | | | buy | 06/15 | K | | |
| 72.  - Accenture Ltd Cl A | | | | | partial sell | 07/20 | K | | |
| 73.  - AES Corp | | | | | buy | 04/25 | K | | |
| 74.  - American Express | | | | | sell | 07/21 | K | D | |
| 75.  - Amgen Inc | | | | | | | | | |
| 76.  - Bed Bath & Beyond Inc | | | | | sell | 08/10 | K | | |
| 77.  - Caremark RX Inc | | | | | buy | 03/07 | K | | |
| 78.  - Caremark RX Inc | | | | | buy | 04/20 | J | | |
| 79.  - Central Garden & Pet Co | | | | | buy | 01/17 | K | | |
| 80.  - Citigroup Inc cmn | | | | | | | | | |
| 81.  - Cohan & Steers Total Return Realty Fund | | | | | sell | 01/26 | L | D | |
| 82.  - Colgate Palmolive Co | | | | | buy | 02/09 | K | | |
| 83.  - Energy Transfer Partners LP | | | | | buy | 05/03 | K | | |
| 84.  - Enterprise Products Partners LP | | | | | partial sell | 05/03 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. - Exxon Mobil | | | | | | | | | |
| 86. - Fortune Brands Inc | | | | | | | | | |
| 87. - Fiserv Inc | | | | | sell | 02/09 | K | A | |
| 88. - G2 Absolute Return Fund | | | | | | | | | |
| 89. - General Electric Co | | | | | sell | 08/18 | K | | |
| 90. - Holly Energy Partners LP | | | | | buy | 05/04 | K | | |
| 91. - Home Depot Inc cmn | | | | | sell | 03/08 | K | E | |
| 92. - Honeywell Intl Inc | | | | | buy | 08/18 | K | | |
| 93. - Intel Corp cmn | | | | | sell | 05/19 | K | | |
| 94. - Ishares S&P Smallcap 600 Barra Value Index fd IJS | | | | | sell | 05/12 | L | D | |
| 95. - Ishares Trust S&P Midcap 400 Index Fd IJH | | | | | | | | | |
| 96. - Ishares Trust MSCI EAFE Index Fd EFA | | | | | buy | 05/12 | L | | |
| 97. - Ishares MSCI Pacific Ex-Japan Index fd EPP | | | | | | | | | |
| 98. - Ishares Trust MSCI Emerging Markets Index Fd EEM | | | | | | | | | |
| 99. - Ishares Inc MSCI Japan Index Fund symbol EWJ | | | | | | | | | |
| 100. - Ishares Trust Div Index Fund symbol DVY | | | | | | | | | |
| 101. - K-Sea Transportation Partners LP | | | | | buy | 05/03 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. - Kinder Morgan Energy Partners | | | | | partial sell | 05/03 | K | E | |
| 103. - Linear Technology Corp | | | | | sell | 04/20 | K | | |
| 104. - Magellan Midstream Partners | | | | | buy | 05/03 | K | | |
| 105. - MetLife Inc. | | | | | | | | | |
| 106. - Microsoft Corp cmn | | | | | | | | | |
| 107. - Morgan Stanley | | | | | | | | | |
| 108. - Nasdaq Stock Market Inc symbol NDAQ | | | | | buy | 07/21 | K | | |
| 109. - News Corporation | | | | | buy | 03/08 | K | | |
| 110. - Northern Border Partners LP | | | | | buy | 05/03 | K | | |
| 111. - Northern Border Partners LP | | | | | name changed | 05/23 | | | see Oneok Partners LP |
| 112. - Oneok Partners LP fka Northern Border Parnters | | | | | name change | 05/23 | | | new name |
| 113. - Plains All American Pipeline LTD Partnership | | | | | partial sell | 03/31 | K | D | |
| 114. - Plains All American Pipeline Ltd Partnership | | | | | merger | 11/17 | | | see Pacific now Plains |
| 115. - Pacific Energy Partners | | | | | buy | 05/03 | K | | later merged into Plains |
| 116. - Pacific Energy Partners now Plains All American | | | | | merger | 11/17 | | | See Plains All American |
| 117. - Qualcomm Inc | | | | | buy | 05/19 | K | | see below for sale in same |
| 118. - Qualcomm Inc | | | | | sell | 11/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. - Regency Energy Partners LP | | | | | buy | 05/03 | K | | |
| 120. - Select Sector SPDR Amex Utilities Index symbol XLU | | | | | sell | 04/17 | K | D | |
| 121. - Sector SPDR Trust int Energy symbol XLE | | | | | | | | | |
| 122. - Select Sector SPDR Fund -Health Care-symbol XLV | | | | | sell | 03/08 | K | B | |
| 123. - Sector Spdr Trust-Consumer Staples- XLP | | | | | sell | 02/10 | K | | |
| 124. - Select Sector SPDR Fund Int Materials symbol XLB | | | | | | | | | |
| 125. - Salomon Brothers 2008 Worldwide FD | | | | | name changed | 10/09 | | | see Western Asset 2008 WW |
| 126. - Symantec Corporation | | | | | | | | | |
| 127. - Symantec Corporation | | | | | buy | 06/15 | K | | |
| 128. - Symantec Corporation | | | | | partial sell | 12/07 | K | | |
| 129. - Teppco Partners LP | | | | | sell | 05/02 | K | | |
| 130. - Target Corp | | | | | sell | 01/05 | K | D | |
| 131. - Target Corp | | | | | buy | 08/10 | K | | |
| 132. - United Technologies Corp | | | | | | | | | |
| 133. - Valero LP | | | | | sell | 05/02 | K | A | |
| 134. - Walgreen Co | | | | | sell | 11/02 | K | D | |
| 135. - Western Asset 2008 Worldwide fka | | | | | name change | | | | new name-fka |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Salomon 2008 | | | | | | | | | Salomon Bros |
| 136.  - Weatherford Intl Ltd-Bermuda | | | | | buy | 11/09 | J | | |
| 137.  - Yahoo Inc | | | | | buy | 12/07 | J | | |
| 138.  TRUST #2 Bear Sterns Brokerage Account | D | Int./Div. | N | T | | | | | assets detailed below |
| 139.  -Dreyfus General Money Market Fund B | | | | | | | | | |
| 140.  -Accenture Ltd Cl A | | | | | buy | 02/09 | J | | |
| 141.  -Accenture Ltd Cl A | | | | | buy | 06/15 | J | | |
| 142.  -Accenture Ltd Cl A | | | | | partial sell | 10/18 | J | | |
| 143.  -AES Corporation | | | | | buy | 04/25 | J | | |
| 144.  -American Express Company | | | | | sell | 07/21 | J | B | |
| 145.  -Amgen Inc | | | | | | | | | |
| 146.  -Bed Bath & Beyond Inc | | | | | sell | 08/10 | J | | |
| 147.  -Caremark RX Inc | | | | | buy | 03/07 | J | | |
| 148.  -Caremark RX Inc | | | | | buy | 04/20 | J | | |
| 149.  -Central Garden & Pet Co | | | | | | | | | |
| 150.  -Citigroup Inc | | | | | | | | | |
| 151.  -Colgate Palmolive Co | | | | | buy | 02/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. -Exxon Mobil Corp | | | | | | | | | |
| 153. -Fiserv Inc | | | | | sell | 02/09 | J | A | |
| 154. -Fortune Brands Inc | | | | | | | | | |
| 155. -General Electric Co | | | | | sell | 08/18 | J | | |
| 156. -Honeywell Intl Inc | | | | | buy | 08/18 | J | | |
| 157. -Ishares Trust Midcap 400 Index Fund symbol IJH | | | | | | | | | |
| 158. -Ishares Trust MSCI EAFE Index Fund symbol EFA | | | | | buy | 05/12 | K | | |
| 159. -Ishares MSCI Emerging Markets Index Fund EEM | | | | | | | | | |
| 160. -Ishares Tr Sel Div Index Fund symbol DVY | | | | | | | | | |
| 161. -Ishares Inc MSCI Japan Index Fd symbol EWJ | | | | | | | | | |
| 162. -Ishares MSCI Pacific ex-Japan Index Fd symbol EPP | | | | | | | | | |
| 163. -Ishares Trust S&P Small Cap 600 Barra symbol IJS | | | | | sell | 05/12 | K | C | |
| 164. -Home Depot | | | | | sell | 03/08 | J | C | |
| 165. -Intel Corp | | | | | sell | 05/19 | J | | |
| 166. -Kinder Morgan Energy Partners LTD partnership | | | | | | | | | |
| 167. -Linear Technology | | | | | sell | 04/20 | J | | |
| 168. -Metlife | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. -Microsoft Corp | | | | | | | | | |
| 170. -Morgan Stanley | | | | | | | | | |
| 171. -Nasdaq Stock Market Inc symbol NDAQ | | | | | buy | 07/21 | J | | |
| 172. -News Corporation | | | | | buy | 03/08 | J | | |
| 173. -Qualconn Inc | | | | | buy | 05/19 | J | | see below for sale in same |
| 174. -Qualcomm Inc | | | | | sale | 11/09 | J | | |
| 175. -Select Sector SPDR Amex Utilities symbol XLU | | | | | sell | 04/17 | J | B | |
| 176. -Sector SPDR Trust Energy symbol XLE | | | | | | | | | |
| 177. -Select Sector SPDR Health Care symbol XLV | | | | | sell | 03/08 | J | A | |
| 178. -Select Sector SPDR Materials symbol XLB | | | | | | | | | |
| 179. -Symantec Corporation | | | | | | | | | |
| 180. -Symantec Corporation | | | | | buy | 06/15 | J | | |
| 181. -Symantec Corporation | | | | | partial sell | 12/07 | J | | |
| 182. -Target Corp | | | | | sell | 01/05 | J | | |
| 183. -Target Corp | | | | | buy | 08/10 | J | | |
| 184. -United Technologies Corp | | | | | | | | | |
| 185. -Walgreens Co | | | | | sell | 11/02 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. -Weatherford International Ltd Bermuda | | | | | buy | 11/09 | J | | |
| 187. -Yahoo Inc | | | | | buy | 12/07 | J | | |
| 188. TRUST #3 Bear Sterns Securities Corp | D | Int./Div. | N | T | | | | | assets detailed below |
| 189. -Dreyfus General Money Market Fund Cl B | | | | | | | | | |
| 190. -Accenture Ltd Cl A | | | | | buy | 02/09 | J | | |
| 191. -Accenture Ltd Cl A | | | | | buy | 06/15 | J | | |
| 192. -Accenture Ltd Cl A | | | | | partial sell | 10/18 | J | | |
| 193. -AES Corporation | | | | | buy | 04/25 | J | | |
| 194. -American Express Company | | | | | sell | 07/21 | J | B | |
| 195. -Amgen Inc | | | | | | | | | |
| 196. -Bed Bath & Beyond Inc | | | | | sell | 08/10 | J | | |
| 197. -Caremark RX Inc | | | | | buy | 03/07 | J | | |
| 198. -Caremark RX Inc | | | | | buy | 04/20 | J | | |
| 199. -Central Garden & Pet Co | | | | | | | | | |
| 200. -Citigroup Inc | | | | | | | | | |
| 201. -Colgate Palmolive | | | | | buy | 02/09 | J | | |
| 202. -Exxon Mobil Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. -Fiserv Inc | | | | | sell | 02/09 | J | A | |
| 204. -Fortune Brands Inc | | | | | | | | | |
| 205. -General Electric | | | | | sell | 08/18 | J | | |
| 206. -Honeywell Intl Inc | | | | | buy | 08/18 | J | | |
| 207. -Ishares Inc MSCI Japan Index Fd symbol EWJ | | | | | | | | | |
| 208. -Ishares S&P Small Cap 600 Barra Index symbol IJS | | | | | sell | 05/12 | K | C | |
| 209. -Ishares Trust Midcap 400 Index Fd symbol IJH | | | | | | | | | |
| 210. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | buy | 05/12 | K | | |
| 211. -Ishares Inc MSCI Pacific ex-Japan Index Fd symbol EPP | | | | | | | | | |
| 212. -Ishares Trust MSCI Emerging Markets EEM | | | | | | | | | |
| 213. -Ishares Tr Sel Div Index Fd symbol DVY | | | | | | | | | |
| 214. -Home Depot Inc | | | | | sell | 03/08 | J | C | |
| 215. -Intel Corp | | | | | sell | 05/19 | J | | |
| 216. -Kinder Morgan Energy Partners LTD Partnership | | | | | | | | | |
| 217. -Linear Technology | | | | | sell | 04/20 | J | | |
| 218. -Metlife Inc | | | | | | | | | |
| 219. -Microsoft Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. -Morgan Stanley | | | | | | | | | |
| 221. -Nasdaq Stock Market Inc symbol NDAQ | | | | | buy | 07/21 | J | | |
| 222. -News Corporation | | | | | buy | 03/08 | J | | |
| 223. -Qualcomm Inc | | | | | buy | 05/19 | J | | see below for sale in same |
| 224. -Qualcomm Inc | | | | | sell | 11/09 | J | | |
| 225. -Select Sector SPDR Amex Utilities Index XLU | | | | | sell | 04/17 | J | B | |
| 226. -Select SPDR Trust Energy symbol XLE | | | | | | | | | |
| 227. -Select Sector SPDR Fund Health Care symbol XLV | | | | | sell | 03/08 | J | A | |
| 228. -Select Sector SPDR Fund Materials symbol XLB | | | | | | | | | |
| 229. -Symantec Corporation | | | | | | | | | |
| 230. -Symantec Corporation | | | | | buy | 06/15 | J | | |
| 231. -Symantec Corporation | | | | | partial sell | 12/07 | J | | |
| 232. -Target Corp | | | | | sell | 01/05 | J | | |
| 233. -Target Corp | | | | | buy | 08/10 | J | | |
| 234. -United Technologies Corp | | | | | | | | | |
| 235. -Walgreens Co | | | | | sell | 11/02 | J | B | |
| 236. -Weatherford International Ltd Bermuda | | | | | buy | 11/09 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
(See Column C2)  Q =Appraisal  S =Assessment
  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. -Yahoo Inc | | | | | buy | 12/07 | J | | |
| 238. TRUST #4 Bear Sterns Brokerage Account | C | Dividend | M | T | | | | | assets detailed below |
| 239. -Dreyfus General Money Market Fund B | | | | | | | | | |
| 240. -Ishares Inc MSCI Japan Index Fd symbol EWJ | | | | | | | | | |
| 241. -Ishares Trust S&P Smallcap 600 Barra Value IJS | | | | | sell | 05/12 | J | B | |
| 242. -Ishares Trust S&P Midcap 400 Barra Value index IJJ | | | | | | | | | |
| 243. -Ishares Trust S&P Midcap 400 Barra Growth Index IJK | | | | | sell | 09/29 | J | B | |
| 244. -Ishares Trust US Telecomm Sector Index FD IYZ | | | | | partial sell | 09/15 | J | A | |
| 245. -Ishares Trust S&P 500 Index symbol IVE | | | | | buy | 09/29 | J | | |
| 246. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | buy | 05/12 | J | | |
| 247. -Ishares Inc MSCI Ex Japan Index Fd EPP | | | | | | | | | |
| 248. -Ishares Trust MSCI Emerging Markets Index EEM | | | | | | | | | |
| 249. -Ishares Tr Sel Div Index Fd-DVY | | | | | | | | | |
| 250. -Select Sector SPDR Amex Utilities Index symbol XLU | | | | | | | | | |
| 251. -Select Sector SPDR Amex Utilities Index symbol XLU | | | | | buy | 09/15 | J | | |
| 252. -Sector SPDR Trust-Industrial-symbol XLI | | | | | | | | | |
| 253. -Sector SPDR Trust-Technology-XLK | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. -Sector SPDR Trust-Technology-XLK | | | | | buy | 09/15 | J | | |
| 255. -Sector SPDR Trust-Energy-symbol XLF | | | | | | | | | |
| 256. -Sector SPDR Trust-Energy-symbol XLF | | | | | buy | 09/15 | J | | |
| 257. -Sector SPDR Trust-Energy-XLE | | | | | | | | | |
| 258. -Sector SPDR Trust-Energy-XLE | | | | | buy | 09/15 | J | | |
| 259. -Select Sector SPDR Fund-Consumer Discretionary-XLY | | | | | | | | | |
| 260. -Select Sector SPDR Fund-Consumer symb XLY | | | | | buy | 09/15 | J | | |
| 261. -Select Sector SPDR Fund - Health Care - XLV | | | | | | | | | |
| 262. -Select Sector SPDR Fund- Health Care - XLV | | | | | buy | 09/15 | J | | |
| 263. -Sector SPDR Trust-Consumer Staples-XLP fka Select Spdr Trst | | | | | | | | | |
| 264. -Sector SPDR Trust -Consumer Staples XLP | | | | | buy | 09/15 | J | | |
| 265. -Select Sector SPDR Fd Int Materials XLB | | | | | | | | | |
| 266. TRUST #5 Bear Stearns Brokerage Account | B | Dividend | L | T | | | | | Assets detailed below. |
| 267. -Dreyfus General Money Market Account | | | | | | | | | |
| 268. -Ishares Inc MSCi Japan Index fd EWJ | | | | | | | | | |
| 269. -Ishares Trust S&P Small cap 600 Barra Value IJS | | | | | sell | 05/12 | J | A | |
| 270. -Ishares Trust S&P Midcap 400 Barra Value | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| IJJ | | | | | | | | | |
| 271. -Ishares Trust S&P Midcap 400 Barra Growth IJK | | | | | sell | 09/29 | J | A | |
| 272. -Ishares Trust Dow Jones US Telecomm Sector IYZ | | | | | | | | | |
| 273. -Ishares Trust S&P 500 Value Index Symbol IVE | | | | | buy | 09/29 | J | | |
| 274. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | buy | 05/12 | J | | |
| 275. -Ishares Inc MSCI Pacific Ex-Japan Index EPP | | | | | | | | | |
| 276. -Ishares Trustr MSCI Emerging Markets Index fd EEM | | | | | | | | | |
| 277. -Ishares Tr Dow Jones Sel Div Index Fd DVY | | | | | | | | | |
| 278. -Select Sector SPDR Amex Utilities XLU | | | | | | | | | |
| 279. -Select Sector SPDR Amex Utilities symbol XLU | | | | | buy | 0915 | J | | |
| 280. -Sector SPDR Trust Shs ben int Industrial XLI | | | | | | | | | |
| 281. -Sector SPDR Trust Shs ben int Industrial XLI | | | | | buy | 09/15 | J | | |
| 282. -Sector SPDR Trust Shs ben int Technology XLK | | | | | | | | | |
| 283. -Sector SPDR Trust Shs ben int Technology XLK | | | | | buy | 09/15 | J | | |
| 284. -Sector SPDR Trust shs ben int Financial XLF | | | | | | | | | |
| 285. -Sector SPDR Trust shs ben int Financial XLF | | | | | buy | 09/15 | J | | |
| 286. -Sector SPDR Trust shs ben int Energy | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| symbol XLE | | | | | | | | | |
| 287. -Sector SPDR Trust shs ben int Energy symbol XLE | | | | | buy | 09/15 | J | | |
| 288. -Select Sector SPDR Fund shs ben Consumer Discretionary XLY | | | | | | | | | |
| 289. -Select Sector SPDR Fund Consumer symbol XLY | | | | | buy | 09/15 | J | | |
| 290. -Select Sector SPDR Fund Health Care symbol XLV | | | | | | | | | |
| 291. -Select Sector SPDR Fund Health Care symbol XLV | | | | | buy | 09/15 | J | | |
| 292. -Sector SPDR Trust Consumer Staples XLP | | | | | | | | | |
| 293. -Sector SPDR Trust Consumer Staples XLP | | | | | buy | 0915 | J | | |
| 294. -Select Sector SPDR fd Int Materials XLB | | | | | | | | | |
| 295. TRUST #6 Bear Steams Brokerage Account | Dividend | K | T | | opened | 12/13 | | | |
| 296. Dreyfus General Money Market Account | | | | | buy | 12/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Lines 46, 47 & 125, 135 Salomon Brothers 2008 Worldwide Mutual Fund changed its name in October 2006 to Western Asset 2008 Worldwide Fund

Lines 111, 112 Northern Border Partners Ltd. Partnership changed its name in May 2006 to Oneok Partners LP

Lines 114-116 Plains All American Pipeline LTD merged with Pacific Energy Partners in November 2006. The name of the surviving partnership is Plains All American Pipeline Ltd.

Lines 18-21 fractional shares of Kinder Morgan Mgmt: Instead of paying cash dividends, Kinder Morgan issued fractional shares of stock. The fractional shares have no monetary value and no market until they accumulate to equal a full share.

Lines 42, 44, 50, 139, 189, 239, 267, and 296, Dreyfus General Money Market Fund was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments. Consequently, money moved in and out of these funds with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

All trust assets are accounted for herein. According to your instructions, the aggreagate income and values were reported. Identification of the trusts was omitted for security purposes, but will be provided if requested. Naturally the records of each individual trust are available for the committee's inspection upon request.

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date__5-10-2007__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544